IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT A. LANE,<br>    Plaintiff,<br><br>v.<br><br>CAVALRY INVESTMENTS, LLC and<br>CAVALRY PORTFOLIO SERVICES, LLC<br>    Defendants. | )<br>)<br>)<br>)   No. 03-12434 NG<br>)<br>)<br>)<br>) |

### NOTICE OF DISMISSAL WITH PREJUDICE

The plaintiff, Robert A. Lane, by his attorney, pursuant to Fed. R. Civ. P. 41(a)(1), hereby submits this Notice of Dismissal. Plaintiff represents to the Court that no defendant has filed responsive pleadings in this case, and further, that this matter has been settled. Accordingly, the plaintiff requests the Court to dismiss this civil action with prejudice.

Dated: 3/12/04

Yvonne W. Rosmarin  BBO #566428
Atttorney for the Plaintiff
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474
(781) 648-4040

**Yvonne W. Rosmarin**
Attorney at Law

ConsumerProtection

58 Medford Street
Arlington, MA 02474

March 15, 2004

United States District Court
1 Courthouse Way
Boston, MA 02109

      Re:   Robert A. Lane v. Cavalry Investments, LLC
             U.S. District Court, No. 03-12434 NG

Dear Sir/Madam:

    Enclosed please find the Notice of Dismissal in the above case. Please file the Notice of Dismissal. The case has settled.

    I am also enclosing a copy of the Notice of Dismissal. Would you please **file stamp** it and **return it** for our files in the enclosed return envelope?

    Thank you.

                                                        Sincerely,

                                                        Yvonne W. Rosmarin

Enclosures

Tel 781-648-4040  •  Fax 781-643-6164  •  YRosmarn@abanet.org

Also Admitted in Illinois and Colorado